UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 17-5253(DSD/BRT)

Shawn Ryan McCann,

       Plaintiff,

v.                                      **ORDER**

USA.ORG, et al.,

       Defendant.

This matter is before the court upon the report and recommendation of Magistrate Judge Becky R. Thorson dated January 8, 2018 (R&R). The magistrate judge recommended that the court: (1) summarily dismiss the case without prejudice; (2) deny the application to proceed in forma pauperis; and (3) deny the motion for discovery. No objections to the R&R have been filed in the time period permitted. Under these circumstances, the court finds it appropriate to adopt the R&R.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 5] is adopted in its entirety;

2. The case is summarily dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

3. The application to proceed in forma pauperis [ECF No. 2] is denied; and

    4.   The motion for discovery [ECF No. 3] is denied.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 5, 2018

                                                      s/David S. Doty  
                                                      David S. Doty, Judge  
                                                      United States District Court